UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
June 28, 2016
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                               )<br>             Plaintiff,                              )<br>                                                               )<br>v.                                                           )<br>                                                               )<br>DANIEL C. J. ELLIS,                        )<br>                                                               )<br>             Defendant.                         ) | Case No. 2:16-mj-00125-EFB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release, DANIEL C. J. ELLIS, Case No. 2:16-mj-00125-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

____    Release on Personal Recognizance

_X_    Bail Posted in the Sum of: $50,000.00.

    _X_    Co-Signed Unsecured Appearance Bond

    ____    Secured Appearance Bond

    _X_    (Other) Conditions as stated on the record.

    _X_    (Other) The Defendant is ordered to appear on 7/8/2016 at 2:00 p.m. in the Courtroom of Magistrate Judge Scott in Santa Ana, CA.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  6/28/2016   at  3:09 p.m.

By _____
Edmund F. Brennan
United States Magistrate Judge